# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ARCHIE RACHEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-15-141-R |
| | ) | |
| JEFFREY TROUTT, D.O.; TAMI GROGAN, Health Services Administrator; JANET DOWLING, Warden; GENESE MCCOY, Administrative Review Authority; CARL PETTIGREW, President of the Oklahoma Board of osteopathic Examiners; ALL SUED IN BOTH THEIR OFFICIAL AND INDIVIDUAL CAPACITIES, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin. Doc. No. 83. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and Plaintiff's Motion for Summary Judgment as to claims lodged against Defendant Pettigrew are DENIED. Defendant Pettigrew's Motion To Dismiss is GRANTED and Defendant Pettigrew is relieved of his duty to respond to Plaintiff's motion to stay proceedings.

IT IS SO ORDERED this 11th day of August, 2016.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE