# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ARCHIE RACHEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-15-141-R |
| | ) |
| JEFFREY TROUTT, D.O.; TAMI GROGAN, Health Services Administrator; JANET DOWLING, Warden; GENESE MCCOY, Administrative Review Authority; CARL PETTIGREW, President of the Oklahoma Board of osteopathic Examiners; ALL SUED IN BOTH THEIR OFFICIAL AND INDIVIDUAL CAPACITIES, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court are the Reports and Recommendations of United States Magistrate Judge Shon T. Erwin. Doc. Nos. 85-88. No objection to the Reports and Recommendations have been filed nor have extensions of time in which to object been sought or granted. Therefore, the Reports and Recommendations are ADOPTED in their entirety as follows:

Doc. No. 85 - Plaintiff's Motion for Emergency Injunction [Doc. No. 26] is DENIED as moot.

Doc. No. 86 – Plaintiff's Motion for TRO/Injunction [Doc. No. 29] is DENIED.

Doc. No. 87 – Plaintiff's Motion for Injunction to Prohibit Retaliatory Transfer of Plaintiff [Doc. No. 37] is DENIED.

Doc. No. 88 – Plaintiff's Motion for TRO/Injunction [Doc. No. 56] and Motion for Restraining Order [Doc. No. 62] are DENIED.

IT IS SO ORDERED this 16th day of August, 2016.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE